# United States District Court
# Northern District of New York

| | | |
|---|---|---|
| SHEILA M. ALLEN, | ) | Case 5:20-cv-01296-TJM-ML |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Thomas J. McAvoy |
| v. | ) | United States District Judge |
| | ) | |
| | ) | Miroslav Lovric |
| KILOLO KIJAKAZI,[1] | ) | United States Magistrate Judge |
| Acting Commissioner of the | ) | |
| Social Security Administration | ) | Stipulation – Document Filed Electronically |
| | ) | |
| *Defendant*. | ) | October 5, 2021 |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Sheila M. Allen, |
| By Her Attorneys | By Her Attorney |
| Antoinette T. Bacon, | |
| Acting United States Attorney | |
| */s/ Jessica Richards* | */s/ Peter W. Antonowicz*[2] |
| Jessica Richards | Peter W. Antonowicz |
| Special Assistant United States Attorney | Bar Roll No. 101040 |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] Signed by Jessica Richards with Attorney Peter Antonowicz's permission via email on October 4, 2021.

N.D.N.Y. Bar Roll No. 700996
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-1833
jessica.richards@ssa.gov

Office of Peter W. Antonowicz
148 West Dominick St.
Rome, NY 13440
(315) 337-4008
peter@disabilitya-z.com

IT IS SO ORDERED.
DATED:  October 13, 2021

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge